■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH H. KING, Appellant. [762 NYS2d 501] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered March 24, 1997, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of murder in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Krausman, J.P., Townes, Crane and Mastro, JJ., concur.